02-12-112-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-12-00112-CV 

 

 




 
 
 In re F.W.
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied.

 

 

BILL MEIER

JUSTICE

 

PANEL: 
DAUPHINOT, MCCOY, and MEIER, JJ.

 

MCCOY,
J., would conditionally grant relief.

 

DELIVERED: 
May 15, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).